## UNITED STATES DISTRICT COURT
__Eastern__ District of __California__

UNITED STATES OF AMERICA
V.

__Dana L. Norris__
(Name of Defendant)

AMENDED SUPERSEDING
JUDGMENT INCLUDING SENTENCE
PROBATION VIOLATION

Case Number: __03-0226__

__Carol Moses__
Defendant's Attorney

*Original Offense and Sentence:*  36 CFR 2.35 Under the Influence of Alcohol; 18 Months Supervised Probation, $10 special assessment.

*Offense Date:* 09/26/2003

*THE DEFENDANT:*
[X]     Admitted charge(s) One Petition for Probation Action

*Accordingly, the Court finds the defendant is in violation of probation, which involve the following violations:*

NEW LAW VIOLATION: On February 2, 2005, in Yosemite National Park, the offender was under the influence of alcohol, in violation of 36 CFR 2.35 c, and in violation of the Standard Condition which states, "While on probation, the defendant shall not commit another federal, state or local crime..."

*It is adjudged probation heretofore granted on 03/16/2004 is hereby CONTINUED and the defendant is sentenced as provided in pages 2 through 3 of this Judgment.*

*It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.*

*Defendant's Soc. Sec. Number:*

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

*Defendant's mailing address:*

Yosemite, CA  95389

*Defendant's residence address:*
(including County of residence)

Mariposa County

June 14, 2005
Date of Imposition of Sentence

*[signature]*
Signature of Judicial Officer

William M. Wunderlich
U.S. Magistrate Judge
Name and Title of Judicial Officer

Date: June 16, 2005

Defendant: DANA L. NORRIS
Case Number: 03-0226

## PROBATION

*The defendant is hereby continued on probation for a term of:*

*18 months dating from March 16, 2004*

*While on probation, the defendant shall not commit another federal, state, or local crime and shall not possess a firearm or destructive device. The defendant shall also comply with the standard conditions that have been adopted by this court (set forth on the following page) and shall comply with the following additional conditions:*

1. Pursuant to 18 USC 3563(b)(10), the defendant shall reside in the custody of the Bureau of Prisons for a term of 8 days. Defendant shall serve time in at the Yosemite Holding Facility in Yosemite National Park. Time ordered shall be served by September 16, 2005

All other terms and conditions previously imposed shall remain in full force and effect.

AO 245S Modified (3/00) Sheet 7- Standard Conditions of Probation
Case 6:03-mj-00226-HGB   Document 24   Filed 06/20/05   Page 3 of 3

Judgment--Page 3 of 3

Defendant: DANA L. NORRIS
Case Number: 03-0226

## STANDARD CONDITIONS OF SUPERVISION

*While the defendant is on probation or supervised release pursuant to this Judgment:*

1) the defendant shall not leave the judicial district without permission of the court or probation officer;

2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;

6) the defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risk that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm the defendant's compliance with such notification requirement.

*These conditions are in addition to any other conditions imposed by this Judgment.*