UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable William M. Wunderlich
United States Magistrate Judge
Yosemite, California

        RE: Dana NORRIS
           Docket Number:  6:03M00226-01
           <u>REQUEST TO MODIFY COURT ORDER</u>

Your Honor:

On June 14, 2005, the offender appeared before Your Honor to answer charges she violated the terms and conditions of her probation. Ms. Norris admitted one of the violations. She was continued on probation and ordered to serve ten days custody of the Bureau of Prisons with two days credit for time served, said time to be served on weekends at the Yosemite Jail, at the direction of the probation officer. Unfortunately, the Yosemite Jail is not able to house the offender to serve her time. However, Ms. Norris and her counsel, Ms. Carol Moses, have made arrangements for the offender to serve her time in the Mariposa County Jail. If approved by Your Honor, the offender would serve her time August 8, 2005, through August 11, 2005, and September 6, 2005, through September 9, 2005. Ms. Norris' term of probation is due to terminate September 15, 2005, and if she has not completed her time in custody prior to her scheduled termination date, the Court will be notified.

If approved, this Memorandum will be submitted to the United States Marshal's Office in Fresno and the Bureau of Prisons in Sacramento for processing.

          Respectfully submitted,


          **CASEY HORNER, SR.**
         **Senior United States Probation Officer**

Dated:   July 28, 2005
       Modesto, California
       CKH:lr

**Re:   Dana NORRIS**
**Docket Number:   6:03M00226-01**
**REQUEST TO MODIFY COURT ORDER**


**REVIEWED BY:**   /s/ Deborah Spencer
                   **Deborah A. Spencer**
                   **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

[ X]   **Request to modify Court Order approved as recommended.**

[ ]    **Request to modify Court Order not approved at this time.  Probation Officer to contact Court.**

[ ]    **Other:**

cc:   Elizabeth Waldow
      Law Enforcement Officer

      Carol Moses
      Defense Counsel

**Re:    Dana NORRIS**
**       Docket Number:   6:03M00226-01**
**       <u>REQUEST TO MODIFY COURT ORDER</u>**


IT IS SO ORDERED.

**Dated:   August 1, 2005**              /s/  **William M. Wunderlich**
mmkd34                        UNITED STATES MAGISTRATE JUDGE

3